ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| MARIE LUCIE SINGH, a.k.a. MARIE LUCIE VICTOIRE,<br><br>Recurrida,<br><br>v.<br><br>PARMINDER SINGH,<br><br>Peticionaria. | KLCE202500172 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan.<br><br>Civil núm.: SJ2022CV09032.<br><br>Sobre: liquidación de comunidad de bienes. |
|---|---|---|

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

### RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de febrero de 2025.

El 19 de febrero de 2025, la parte peticionaria, señor Parminder Singh, presentó este recurso de *certiorari*. No obstante, al día siguiente, 20 de febrero, también presentó una solicitud de desistimiento.

Examinada la moción intitulada *Aviso de Desistimiento* presentada por el señor Singh, este Tribunal la declara con lugar y, en su consecuencia, **ordena el archivo de este recurso**.

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número identificador

RES2025_____